# **EXHIBIT A**

Excerpt of WeChat Communications Between "4" and Bowen Hu

(USAO-CPB00008645)

Excerpt of WeChat Communications Between "4" and Bowen Hu
(USAO-CPB000008645)

| Participants | Source | Account | Instant Message # | From | English/Translation | Timestamp: Time |
|---|---|---|---|---|---|---|
| wxid_n59m72p99jyg12 4 hukeer び盘 (owner) | WeChat | hukeer | 428 | wxid_n59m72p99jyg12 4 | I don't care about these. But Big Bai said that he already expressed his meaning to you. He is only giving you half of the money. | 10/5/2019 11:44:59 AM(UTC-7) |
| wxid_n59m72p99jyg12 4 hukeer び盘 (owner) | WeChat | hukeer | 430 | hukeer び盘 | We are trying to think of a way to get the goods back. | 10/5/2019 11:45:03 AM(UTC-7) |
| wxid_n59m72p99jyg12 4 hukeer び盘 (owner) | WeChat | hukeer | 432 | wxid_n59m72p99jyg12 4 | What if you can't get it back? I just keep waiting for you? | 10/5/2019 11:45:21 AM(UTC-7) |
| wxid_n59m72p99jyg12 4 hukeer び盘 (owner) | WeChat | hukeer | 434 | wxid_n59m72p99jyg12 4 | Is that what you mean? | 10/5/2019 11:45:24 AM(UTC-7) |
| wxid_n59m72p99jyg12 4 hukeer び盘 (owner) | WeChat | hukeer | 436 | wxid_n59m72p99jyg12 4 | I gave you long enough time already. | 10/5/2019 11:45:34 AM(UTC-7) |
| wxid_n59m72p99jyg12 4 hukeer び盘 (owner) | WeChat | hukeer | 438 | hukeer び盘 | Just wait a few more days, ok? | 10/5/2019 11:45:37 AM(UTC-7) |

Participant wxid_n59m72p99jyg12 4 is "4"
Participant hukeer is Bowen Hu

EXHIBIT A
Page 1

Excerpt of WeChat Communications Between "4" and Bowen Hu
(USAO-CPB000008645)

| Participants | Source | Account | Instant Message # | From | English/Translation | Timestamp: Time |
|---|---|---|---|---|---|---|
| wxid_n59m72p99jyg12 4  hukeer び盘 (owner) | WeChat | hukeer | 440 | wxid_n59m72p99jyg12 4 | How many days? | 10/5/2019 11:45:49 AM(UTC-7) |
| wxid_n59m72p99jyg12 4  hukeer び盘 (owner) | WeChat | hukeer | 442 | hukeer び盘 | Is next Tuesday ok? I will find a way to pay you back. | 10/5/2019 11:46:17 AM(UTC-7) |
| wxid_n59m72p99jyg12 4  hukeer び盘 (owner) | WeChat | hukeer | 444 | wxid_n59m72p99jyg12 4 | This is the last time, I will wait for you until next Tuesday. | 10/5/2019 11:46:34 AM(UTC-7) |
| wxid_n59m72p99jyg12 4  hukeer び盘 (owner) | WeChat | hukeer | 446 | wxid_n59m72p99jyg12 4 | I don't care how Big Bai and you resolve this. | 10/5/2019 11:46:49 AM(UTC-7) |
| wxid_n59m72p99jyg12 4  hukeer び盘 (owner) | WeChat | hukeer | 448 | hukeer び盘 | Okay. | 10/5/2019 11:46:54 AM(UTC-7) |
| wxid_n59m72p99jyg12 4  hukeer び盘 (owner) | WeChat | hukeer | 450 | wxid_n59m72p99jyg12 4 | That's between you two. | 10/5/2019 11:46:57 AM(UTC-7) |

Participant wxid_n59m72p99jyg12 4 is "4"
Participant hukeer is Bowen Hu

EXHIBIT A
Page 2